UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**TROY DAVID MUELLER**                                    **CIVIL ACTION**

**VERSUS**                                                **NO. 11-1057**

**WARDEN ROBERT TANNER, ET AL.**                          **SECTION: "C"(1)**


**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 12th day of August, 2011.


_____
**UNITED STATES DISTRICT JUDGE**